UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                            :

REGINALDO IXCOY,                      :

                         :

               Plaintiff,       :

                         :        25-CV-7983 (JMF)

       -v-                  :

                         :         <u>ORDER</u>

AZAIVA CORP, et al.,          :

                         :

               Defendants.     :

                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 28, 2025, Defendant Azaiva Corp. was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **December 15, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: December 8, 2025
       New York, New York

                                   JESSE M. FURMAN
                               United States District Judge