UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                              :

REGINALDO IXCOY,                   :

                  Plaintiff,     :

                         :          25-CV-7983 (JMF)

      -v-                   :

                         :          <u>ORDER</u>

AZAIVA CORP, et al.,        :

                  Defendants.  :

-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's December 8, 2025 Order, ECF No. 8, Plaintiff was required to file a letter, the contents of which are described therein, by December 15, 2025.  To date, Plaintiff has not filed the letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 23, 2025**.  Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: December 16, 2025
       New York, New York

                               JESSE M. FURMAN
                          United States District Judge