

## Stillman Legal P.C.

LETTER MOTION FOR EXTENSION OF TIME

U.S. District Court
Southern District of New York

Re: *Ixcoy v. Azaiva Corp. et al.*,
Case No. 1:25-cv-07983-JMF

Hon. Jesse M. Furman
United States District Judge

Your Honor:

I write on behalf of Plaintiff Reginaldo Ixcoy to respectfully request a thirty (30) day extension of time to (1) move for substituted service as to Defendant Azael Avila, and (2) thereafter request a Clerk's Certificate of Default and file a motion for default judgment in compliance with the Court's December 17, 2025 Order (ECF No. 12).

As reflected on the docket, Defendant Azaiva Corp. has been properly served and is in default. With respect to Defendant Azael Avila, Plaintiff has made multiple good-faith attempts at personal service at his last known residence, without success. Those attempts are documented in the affidavit of attempted service filed by Plaintiff, which reflects three separate attempts on different dates and times, all unsuccessful

Plaintiff intends to promptly move for substituted service pursuant to Rule 4(e) and applicable New York law. In the interest of judicial economy and to ensure that any subsequent request for a Certificate of Default and default judgment is procedurally sound, Plaintiff respectfully requests an additional 30 days to file the motion for substituted service and, once resolved, proceed with the default process in accordance with Local Civil Rules 55.1 and 55.2 and the Court's Individual Practices.

This request is made in good faith, for good cause shown, and without any intent to delay these proceedings. No Defendant will be prejudiced by the requested extension, particularly where Plaintiff has diligently pursued service and continues to do so.

*Fight for your rights!*
*Lucha por tus derechos!*



Thank you for the Court's time and consideration.

Respectfully submitted,

*Lina Stillman, Esq*
Lina Stillman, Esq.
Stillman Legal, P.C.
Attorney for Plaintiff

Application GRANTED.  The deadline to file a motion for default judgment is hereby extended, *nunc pro tunc,* to **February 5, 2026.**  The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

January 5, 2026.

42 BROADWAY, 12TH FLOOR NEW YORK NY 10004
212-832-1000

*Fight for your rights!*
*Lucha por tus derechos!*