UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
REGINALDO IXCOY,                                                      :
:
Plaintiff,                               :
:                    25-CV-7983 (JMF)
-v-                                                 :
:                    ORDER
AZAIVA CORP, et al.,                                                 :
:
Defendants.                              :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On January 5, 2026, the Court granted Plaintiffs' requested extension of time to file a
motion for default judgment.  *See* ECF No. 17.  Accordingly, the initial pretrial conference
previously scheduled for **January 13, 2026**, at **9:00 a.m.** is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: January 5, 2026                        _____
New York, New York                          JESSE M. FURMAN
United States District Judge