UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

REGINALDO IXCOY,                            :

                            Plaintiff,        :

                                       :                 25-CV-7983 (JMF)

          -v-                             :

                                       :                    ORDER

AZAIVA CORP., et al.,                      :

                                       :

                        Defendants.     :

                                       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 6, 2026, Plaintiff filed a motion for default judgment against Defendant Azaiva Corp. *See* ECF No. 31. The declaration of counsel attached to that motion references a "spreadsheet-chart, detailing the amount of money Defendant AZAIVA CORP. owe[s] Plaintiff . . . attached hereto as Exhibit 4," ECF No. 31-2, at 7, but no spreadsheet appears attached. Plaintiff is hereby ORDERED to file that spreadsheet on the docket and email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov no later than **March 2, 2026, at 2:00 p.m.** Those calculations **should include the amount requested for prejudgment interest**. Additionally, if Plaintiff plans to seek attorney's fees, he should also state the amount requested and file supporting documentation as well.

Finally, in accordance with the Court's February 9, 2026 order, ECF No. 33, Plaintiff is hereby ORDERED to file its proposed default judgment order electronically as a standalone filing, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval **by the same date and time**.

         SO ORDERED.

Dated: February 27, 2026
        New York, New York                                _____
                                               JESSE M. FURMAN
                                        United States District Judge