UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X Civil Action No. 1:25-cv-07983-JMF
REGINALDO IXCOY,

                              Plaintiff,                    **~~PROPOSED~~ JUDGMENT**

          -v.-

AZAIVA CORP. and AZAEL AVILA,
individually

                              Defendants
------------------------------------------------------------X

On September 25, 2025, this action was commenced by Plaintiff's filing of the

complaint. (ECF No. 1), and the Summons and Complaint having been duly served on

Defendant AZAIVA CORP., and said Defendant having failed to appear, plead or

otherwise defend in this action, and said default having been duly noted, and upon the

annexed declaration of default judgment,

**NOW**, on motion of Plaintiff, by his attorneys STILLMAN LEGAL, P.C. it is hereby

**ORDERED, ADJUDGED AND DECREED:**

That the Plaintiff have judgment against Defendant AZAIVA CORP. , individually

in the amount of **$157,490.91** including compensatory damages and permissible

liquidated damages and prejudgment interest in the amount of **$27,216.13**~~, or as~~

~~computed by the Court~~.

That the Plaintiff is awarded costs in the amount of **$1,123**.40
That the Plaintiff is awarded **$10,521** in attorneys fees.*
That if any amounts remain unpaid upon the expiration of ninety days following

issuance of judgment, or ninety days after expiration of the time to appeal and no

*The Court reduced the fee award to account for work done with respect to Azael Avila, as Plaintiff was not the prevailing party with respect to that defendant. Plaintiff does not cite, and the Court has not found, any authority to support awarding fees for that work as against the corporate Defendant.

appeal is then pending, whichever is later, the total amount of judgement shall

automatically increase by fifteen percent, as required by NYLL § 198(4).
All claims against Azael Avila are dismissed without prejudice as withdrawn.

Dated: New York, New York

ISSUED: _March 5, 2026_____

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

To:

AZAIVA CORP.
  Defendant
446 E 142nd St Apt 1
Bronx, NY 10454
and

AZAIVA CORP.
  Defendant
641 Manida Street
Bronx NY 10474

The Clerk of Court is directed to terminate Azael Avila as a Defendant in this case, terminate ECF Nos. 31 and 38, and close the case.